**JONES v. GENERAL ACCIDENT INSURANCE CO. OF AMERICA**

[333 N.C. 341 (1993)]

DALE PRICE JONES v. GENERAL ACCIDENT INSURANCE COMPANY OF AMERICA

No. 113PA92

(Filed 12 February 1993)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a decision of the Court of Appeals, 105 N.C. App. 612, 414 S.E.2d 49 (1992), affirming an order of summary judgment for plaintiff entered by Greene, J., in Superior Court, Wayne County. Heard in the Supreme Court 12 January 1993.

*Gaskins & Gaskins, P.A., by Herman E. Gaskins, Jr., for plaintiff appellee.*

*Smith Helms Mullis & Moore, by Alan W. Duncan and J. Donald Hobart, Jr., for defendant appellant.*

PER CURIAM.

The issue presented is controlled by our decision in *Nationwide Mutual Ins. Co. v. Silverman*, 332 N.C. 633, 423 S.E.2d 68 (1992), which was filed subsequent to the decisions of both the trial court and the Court of Appeals. Under the authority of *Silverman*, the decision of the Court of Appeals affirming the order of the Superior Court, Wayne County, is reversed. The cause is remanded to the Superior Court, Wayne County, with instructions to vacate the order of summary judgment for plaintiff and enter an order or judgment resolving the issue presented in accordance with the law as established in *Silverman*.

REVERSED AND REMANDED.